**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CODY JACOBS, individually and on behalf　　　　　　　　　　　　　　　　　PLAINTIFF
of all others similarly situated

v.　　　　　　　　　　　　　　　NO. 4:16CV00001 JLH

AMERICAN HOMESECURES, INC.　　　　　　　　　　　　　　　　　　　　　　DEFENDANT

## ORDER

The plaintiff has filed an unopposed motion to dismiss this action with prejudice, saying that after an arms-length negotiation in which both parties were represented by counsel, the parties have reached an agreement that resolves all claims.  The motion is GRANTED.  Document #9.  This action is hereby dismissed with prejudice.  The Court retains jurisdiction for a period of thirty days for the sole purpose of enforcing the settlement agreement if necessary.

IT IS SO ORDERED this 20th day of June, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE